THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:17-cv-00431-MR-DCK

| | |
|---|---|
| SARAH LOUISE MADISON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Judgment Remanding the Cause for a Rehearing [Doc. 9]; the Defendant's Motion for Summary Judgment [Doc. 10]; and the Magistrate Judge's Memorandum and Recommendation [Doc. 12] regarding the disposition of those motions.

Pursuant to 28 U.S.C. § 636(b) and a specific Order of referral of the District Court, the Honorable David C. Keesler, United States Magistrate Judge, was designated to consider the pending motions in the above-captioned action and to submit to this Court a recommendation for the disposition of these motions.

On August 22, 2018, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 12] in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding the motions [Docs. 9, 10]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 12], the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Commissioner's decision should be affirmed and that this case should be dismissed.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 12] is **ACCEPTED**; the Plaintiff's Motion for Judgment Remanding the Cause for a Rehearing [Doc. 9] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 10] is **GRANTED**; and the decision of the Commissioner is hereby **AFFIRMED**. This case is hereby **DISMISSED**.

A judgment shall be entered simultaneously herewith.

**IT IS SO ORDERED.**

Signed: September 11, 2018

Martin Reidinger
United States District Judge