# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Sarah Louise Madison**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00431-MR-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2018 Order.

September 11, 2018

Frank G. Johns, Clerk
United States District Court